UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAWN JACKSON,

                Plaintiff,                        20 **CIVIL** 7476 (JLC)

        -v-                                      **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2022, Jackson's motion is granted, the Commissioner's cross-motion is denied, and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should (1) clarify the alleged onset date; (2) develop the record with functional assessments from Jackson's treating physicians; (3) explicitly consider the support ability and consistency of the relevant medical opinions; and (4) as needed, reassess Jackson's RFC and the corresponding availability of jobs that exist in significant numbers in the national economy.

**Dated:**  New York, New York
           March 10, 2022

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                     **BY:**    *K. Mango*
                                                                    **Deputy Clerk**